Dr. HARRY A. MILLER, Respondent, v. REUBEN W. WRIGHT, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur, except Edgcomb, J., who dissents and votes for reversal and for denial of the motion. (The order restores the case to the trial calendar and directs the taking of testimony before trial in an action to recover for services performed.)  Present — Sears, P. J., Edgcomb, Crosby, Lewis and Taylor, JJ.

THOMAS SZLOSEK, by WALTER SZLOSEK, His Guardian ad Litem, Respondent, v. WEST END BREWING COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment awards damages for personal injuries sustained in an automobile collision. The order denies motion for a new trial on the minutes.)  Present — Sears, P. J., Edgcomb, Crosby, Lewis and Taylor, JJ.

JOSEPH R. SOEHNER, Respondent, v. APLO CLOTHING COMPANY, INCORPORATED, Appellant.— Order modified and as modified affirmed, without costs. Memorandum: The production of books, papers and records cannot be compelled by notice. It must be done by order (Civ. Prac. Act, § 296), and the order herein was only one passing upon the validity of the notice, and vacating parts thereof. The subjects of the examination set forth in paragraphs 5 and 6 of the notice might seem to relate to matters of defense but, in his first cause of action, as alleged in paragraph 3 of the complaint, plaintiff conditions his right to recover upon his work being " all right " and, therefore, has assumed the burden of proof as to the quality of his work. All concur. (The order vacates a part of a notice of examination before trial and directs the examination of an officer of defendant corporation in an action for breach of contract.)  Present — Sears, P. J., Edgcomb, Crosby, Cunningham and Taylor, JJ.

JULIUS D. SWEET, Respondent, v. THE LOWMAN FOLDING BOX CORPORATION and MELLE E. LOWMAN, Appellants.— Order modified and as modified affirmed, without costs. All concur. (The order grants motion for examination before trial in an action to recover commissions.)  Present — Sears, P. J., Edgcom , Crosby, Cunningham and Taylor, JJ.